McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



**FILED**

OCT 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>2097 Martian Way<br>Redding, CA 96002<br><br>1945 Ninth Street, APT. B<br>Redding, CA 96001 | S.W. NO. 08-0009 CMK<br><br>Application For Order Unsealing the Application and Affidavit in Support of Search Warrant;<br>[~~Proposed~~] Order |

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COME NOW Matthew Stegman, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On October 19, 2008, the Honorable United States Magistrate Judge Craig M. Kellison issued an order sealing the Application and Affidavit, Application to Seal, Memorandum of Points and Authorities and Declaration of Matthew Stegman in the above-referenced case.

///

1

2. Today, October 21, 2007, federal agents executed the search warrant at the above-captioned addresses.

3. It is in the interests of the public and the efficient administration of justice to unseal the Application and Affidavit, Application to Seal, Memorandum of Points and Authorities and Declaration of Matthew Stegman in this case.

THEREFORE, your petitioner prays that the aforesaid Application and Affidavit, Application to Seal, Memorandum of Points and Authorities and Declaration of Matthew Stegman in the above referenced case be unsealed and made part of the public record.

Dated: October 21, 2008

Respectfully submitted,

McGREGOR W. SCOTT
U.S. ATTORNEY

by: _____
MATTHEW STEGMAN
Assistant U.S. Attorney

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in case No. 08-SW-0009-CMK be unsealed and made part of the public record.

DATED: October 21, 2008

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

2